NEVADA BELL, Plaintiff–Appellee,

v.

PAC–WEST TELECOMM, INC., Defendant–Appellant,

and

Nevada Public Utilities Order Commission; Judy M. Sheldrew, and Michael A. Pitlock, Commissioners, Defendants.

No. 01–15790.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 12, 2005.

Filed Jan. 24, 2005.

D. Anthony Rodriguez, San Francisco, CA, for the defendant-appellant.

Kevin M. Fong, San Francisco, CA, for the plaintiff-appellee.

Before: NOONAN, BEA, Circuit Judges, and ROBERT E. JONES.*

### ORDER

The judgment of the district court is AFFIRMED.